UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00062

**Adam Lee Miles,**
*Plaintiff,*

v.

**Van Zandt County Jail et al.,**
*Defendants.*

**O R D E R**

Plaintiff Adam Lee Miles, proceeding pro se and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 17) concluding that plaintiff's complaint should be dismissed without prejudice for failure to state a claim upon which relief can be granted as plaintiff's claims are barred by the statute of limitations. No objections were filed.

When there have been no timely objections filed to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil-rights action is dismissed without prejudice for failure to state a claim upon which relief may be granted.

*So ordered by the court on March 27, 2024.*

J. CAMPBELL BARKER
United States District Judge